Matthew G. Berkowitz (Bar No. 310426)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@shearman.com

*Attorney for Defendants Price f(x), Inc. and Price f(x) AG*

Timothy B. Hardwicke
GOODSMITH GREGG & UNRUH
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Telephone: 312.322.1981
Fax: 312.322.0056
Email: thardwicke@ggulaw.com

*Attorney for Defendant Kim Long*

L. Scott Oliver
GREENBERG TRAURIG, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
Tel: (650) 328-8500
Fax: (650) 328-8508
Email: oliverls@gtlaw.com

*Attorney for Plaintiff Vendavo, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VENDAVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIM LONG, PRICE F(X) AG AND PRICE F(X), INC., <br><br> Defendants. | Case No. 4:19-cv-005674-HSG <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Pursuant to the United States District Court for the Northern District of Illinois' March 15, 2019 *Ex Parte* Temporary Restraining Order, Seizure Order, Protective Order, Expedited Discovery Order, and Order to Show Cause Why Preliminary Injunction Should Not Be Ordered, Plaintiff Vendavo, Inc. ("Plaintiff") posted a bond in the amount of ten thousand dollars ($10,000) to the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, in Chicago, Illinois on March 15, 2019. D.I. 15, 16. Further, pursuant to the United States District Court for the Northern District of Illinois' August 30, 2019 Memorandum Opinion and Order on Preliminary Injunction and Motion to Dismiss or Transfer, Plaintiff posted a bond in the amount of ninety thousand dollars ($90,000) to the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, in Chicago, Illinois on September 10, 2019. D.I. 118, 120. This case was subsequently transferred to this District on September 5, 2019.

Now before the Court for consideration is the Stipulation for Entry of Dismissal with Prejudice (the "Stipulation") jointly filed by Plaintiff and Defendants Kim Long, Price f(x) AG and Price f(x), Inc. ("Defendants") (collectively, the "Parties"). Having considered the Stipulation, the pleadings on file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing:

The Court HEREBY DISMISSES this action WITH PREJUDICE, with each side to bear its own costs and fees. In addition, PURSUANT TO STIPULATION, the Court HEREBY ORDERS that all bonds posted by Plaintiff be released to Plaintiff.

IT IS SO ORDERED.

Dated: September 25, 2019

*/s/ Haywood S. Gilliam Jr.*
United States District Judge